JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ACOSTA,<br><br>        Petitioner,<br><br>    vs.<br><br>JOHN MARSHAL, Warden,<br><br>        Respondent. | Case No. CV 09-6724-JST (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 10, 2011

                                     **JOSEPHINE STATON TUCKER**
                                     JOSEPHINE STATON TUCKER
                                     UNITED STATES DISTRICT JUDGE